# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 25-09-GF-BMM-2 |
| Plaintiff, | |
| v. | **ORDER VACATING DETENTION HEARING** |
| ANDY KANE FOLLET, | |
| Defendant. | |

The Defendant moves unopposed to VACATE the Detention Hearing on February 5, 2025.

**IT IS HEREBY ORDERED** Defendant's Unopposed Motion to Vacate Detention Hearing (Doc. 30), is **GRANTED.** The Detention Hearing is vacated

Dated this 3rd day of February, 2025.

_____
John Johnston
United States Magistrate Judge

1